```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
KRYSTOPHER S. RAMOS,                                                 :
                                                                     :
                        Plaintiff,                                   :      16-CV-6991 (JMF)
                                                                     :
        -v-                                                          :      REVISED SCHEDULING
                                                                     :              ORDER
CITY OF NEW YORK et al.,                                             :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2016
```

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for **October 27, 2016**, at **4:15 p.m.** is RESCHEDULED for **the same day**, at **3:45 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  The parties are reminded that they were supposed to file on ECF no later than **yesterday**, a joint letter, the contents of which is described in the Court's order scheduling the initial pretrial conference (Docket No. 3), as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter.  The parties should **immediately** do so and be prepared to explain their tardiness at the conference.

Finally, because Plaintiff's counsel has not yet filed a notice of appearance, defense counsel shall promptly serve a copy of this Order on Plaintiff's counsel — who shall immediately enter a notice of appearance.

SO ORDERED.

Dated: October 21, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge